# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| JONSHA BELL,  )  *Plaintiff*  ) ) | |
| vs.  ) | **Civil Action No. 5:16-cv-00039-DCB-MTP** |
| ) MANAGEMENT & TRAINING  ) CORPORATION and JOHN DOES  ) 1-100,  )  *Defendants*  ) | |

## MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Defendant, Management & Training Corporation ("MTC"), through counsel and pursuant to the Federal Rules of Civil Procedure, and files this Motion for Summary Judgment. In support, MTC would show the following:

1. The Plaintiff, Jonsha Bell, is a prisoner, within the definitions of the Prison Litigation Reform Act ("PLRA"), codified at 42 U.S.C. § 1997e. Bell filed this suit without fully and properly exhausting all of his administrative remedies. Specifically, Bell filed the first step process in the Mississippi Department of Corrections's Administrative Remedy Program, but failed to file the second step.

2. Under the PLRA, Bell's federal claims fail as a matter of law. In addition, all state law claims fail under the provisions of Miss. Code Ann. § 47-5-803(2).

3. In support of this Motion, MTC attaches and incorporates the following exhibits:

a. **Exhibit "A"** – Jonsha Bell's ARP documents; and

b. **Exhibit "B"** – MDOC's Administrative Remedies Program Requirements.

4.  In further support of this Motion, MTC is concurrently filing its Memorandum of Authorities. MTC incorporates all facts, authority, and precedent cited therein into this Motion.

**WHEREFORE, PREMISES CONSIDERED**, the Defendant moves this Court for an Order dismissing this civil action with prejudice in accord with Rule 56 of the Federal Rules of Civil Procedure. Defendant requests any other relief to which it is entitled, at law or in equity.

Dated: September 15, 2017.

                Respectfully submitted,

                **MANAGEMENT & TRAINING CORPORATION**

By: *s/H. Richard Davis, Jr.*
     R. Jarrad Garner (MSB# 99584)
     H. Richard Davis, Jr. (MSB# 103983)
     ADAMS AND REESE, LLP
     1018 Highland Colony Parkway, Suite 800
     Ridgeland, Mississippi 39157
     Office: (601) 353-3234
     Fax:   (601) 355-9708
     jarrad.garner@arlaw.com
     richard.davis@arlaw.com

## CERTIFICATE OF SERVICE

I, H. Richard Davis, Jr., one of the attorneys for the Defendant Management & Training Corporation, do hereby certify that I have, this day, filed the foregoing with the Clerk of Court via the CM/ECF system, which has caused a true and correct copy to be served by electronic mail on all counsel of record.

Dated: September 15, 2017

*s/H. Richard Davis, Jr.*
H. Richard Davis, Jr.