CODE: 699

ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

MSP-16- 115

First Step Respondent: **N/A**
Location: **N/A**

*Rejected*

Offenders' Name and No: Jonsha Bell # 58432
Unit: **42**

Date of incident:

OT-2

☐ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director. See the attached _____ request from the offender. **Please return your response to this office within 30 days of this date.**

☒ **REJECTED:** Your request has been rejected for the following reason(s):

☒ Relief is beyond the power of the Mississippi Department of Corrections to grant

☐ The complaint concerns an action not yet taken or a decision which has not yet been made

☐ There has been a time lapse of more the fifteen (15) days between the **RVR** and the initial request
   Incident happened on _____ received in this office on.

☐ There has been a time lapse of more the thirty (30) days between the event and the initial request:
   Incident happened in _____ received in this office on.

☐ The Mississippi Department of Corrections does not handle Parole Board matters

☐ Other:

_R. Pennington_
Director of ARP

1·20·16
Date

**EXHIBIT "A"**

MTC-000100

RECEIVED JAN 15 2016 INMATE LEGAL ASSISTANT PROGRAM

This is A Request for Administratively

1.15.16

On Dec. 29th 2015, I, Jonsha Bell, was in my room/cell on A-Zone Cell 113 in Wilkinson County. I was asleep and was awakened by several masked individuals with knives, they woke me stabbing me and beating me. I fought as best as I could but was still stabbed pretty bad in numerous places. When I tried to stand I saw that my leg was broken due to a stab wound. I stayed in my cell unable to move because of my leg. The police was not around it was like 15 to 20 minutes before a police actually came to assist me and that was because I had my cellmate help me to the door.

All this occurred at or around 4 o'clock in the morning. My cell door was locked. I don't know if the officer opened my cell door at the behest of another inmate or if some way the attackers somehow opened it from the outside. Either way the security in WCCF is lacking. How could several masked assailants make it to my cell, pop my door without the tower officer being aware and then come stab me for several minutes without notice. Any inmate out of a cell after rackdown time which on a weekday is 10:30 should have been flagged and more security should have been alerted to put them in their cells. No way I should have sat in my cell stabbed up bleeding from several places for 15-20 minutes. The guys were running in and out my cell robbing me of my belongings. Where were the officers?

I'm asking that the security measures for all MTC facilities be reevaluated and changed. I'm asking for all my property to be reimbursed and what can't be reimbursed that I be awarded a monetary value. For my injuries I'm asking for a 2,500,000 dollar reward. For my mental distress I'm asking for a 2,500,000 dollar reward. I ask that any and all parties involved in my assault be prosecuted and all employees involved as well.

If you all can't award me these list of relief I ask for an immediate release so that I can proceed elsewhere

MTC-000101

thank you for your time and support.

Respectfully,
Mr. Jonston J. Bell
#58432
U·42 MSP
Parchman, MS 38738

MTC-000102