# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

JONSHA BELL     PLAINTIFF

v.     CIVIL ACTION NO. 5:16-cv-39-DCB-MTP

MANAGEMENT & TRAINING CORPORATION
and JOHN AND JANE DOES 1-100     DEFENDANTS

## PROPOSED ORDER GRANTING MOTION TO SEAL EXHIBITS

This matter comes before the Court on plaintiff Jonsha Bell's *Motion to Seal* [38]. In the motion, Bell requests that the Court permit him to file under seal exhibits 1-2 of his response to defendant Management & Training Corporation's ("MTC") motion for summary judgment. Bell represents that MTC does not oppose this request.

Local Uniform Civil Rule 79(b) states that "[a]ny order sealing a document must include particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." L. U. Civ. R. 79(b). This Court has previously held that "[t]o determine whether to allow the sealing of a requested document, 'the court must balance the public's common law right of access against the interests favoring nondisclosure.'"

Taking this into consideration, the Court finds that the sensitive nature of these documents results in the interest of nondisclosure outweighing the public's right of access.

Accordingly, it is hereby ORDERED that Bell's *Motion to Seal* [38] is GRANTED. These documents shall be filed and remain under seal until further order of the Court.

SO ORDERED, the 11th day of October, 2017.

> s/David Bramlette
> UNITED STATES DISTRICT JUDGE
> SOUTEHRN DISTRICT OF MISSISSIPPI